UNITED STATES DISTRICT COURT
                              FOR  THE
                        DISTRICT OF VERMONT

UNITED STATES OF AMERICA,    :
                             :
                             :
          v.                 : Case No. 2:09 CR 87
                             :
BRUCE ROBERTSON              :

                              ORDER

   The Report and Recommendation of the United States Magistrate Judge was filed October 4, 2011.  Defendant's objection was filed October 17, 2011.

   A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

   After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

   The motion to vacate, set aside or correct his sentence (Doc. 32) is **DENIED.**

   Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right.  Furthermore, the petitioner's grounds for relief do not

present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings. See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal taken *in forma pauperis* would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 7th day of November, 2011.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge